**Live Stock National Bank of Chicago, Administrator of Estate of Ruth Tavenner, Deceased, Appellee, v. Walter J. Cummings, Receiver, et al., Trading as Chicago Surface Lines, Appellants.**

Gen. No. 43,165.

opinion filed February 6, 1945; released for publication February 20, 1945. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; Wm. J. Flaherty, of counsel; Alfred Roy Hulbert, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.